1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, | Case Number C-15-2168 |
| Plaintiff, | |
| Vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |
| J. Guadalupe Parra, Araceli Navarro, Jirong Zhang, X.L. Feng, Michelle Zhang, Feng Xian Li, and Does 1 to 50 inclusive, | |
| Defendants. | |

Plaintiff Jose Daniel Castillo-Antonio and Defendants J. Guadalupe Parra, Araceli Navarro, Jirong Zhang, X.L. Feng, Michelle Zhang, Feng Xian Li, by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.
2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Vaughan and Associates Law Office – By: Cris C. Vaughan, Esq. /s/ Cris C. Vaughan

Attorney for Defendants J. Guadalupe Parra, Araceli Navarro, Jirong Zhang, X.L. Feng, Michelle Zhang, and Feng Xian Li.

STIPULATION AND ORDER OF DISMISSAL – 15-2168

-1-

[~~PROPOSED~~] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. J. Guadalupe Parra et al., Case No. C-15-2168, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: 09/29/2015



Judge Thelton E. Henderson

STIPULATION AND ORDER OF DISMISSAL – 15-2168